In re Petition for DISCIPLINARY ACTION AGAINST Barbara Ann NIMIS, a Minnesota Attorney, Registration No. 235428.

No. A14–0703.

Supreme Court of Minnesota.

Jan. 7, 2015.

ORDER

The Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action and a supplementary petition for disciplinary action alleging that respondent Barbara Ann Nimis committed professional misconduct warranting public discipline, namely, failing to comply with timelines regarding disputed personal property set forth in a judgment and decree, providing inaccurate information to a client with respect to the status of a matter, failing to comply with court rules regarding the filing of motions, failing to appear at a hearing, failing to provide notice to her client and the court that she had withdrawn from representation of a client, failing to return a client file and cooperate with successor counsel after withdrawing from representation, and failing to cooperate in the disciplinary process, in violation of Minn. R. Prof. Conduct 1.1, 1.3, 1.4, 1.16(d), 3.4(c), 8.1(b), and 8.4(d), and Rule 25, Rules on Lawyers Professional Responsibility (RLPR). The petition further alleges that respondent committed the acts of misconduct while on disciplinary probation.

Respondent waives her rights under Rule 14, RLPR, withdraws her previously filed answer, unconditionally admits the allegations in the petition and supplementary petition, and with the Director recommends that the appropriate discipline is an indefinite suspension with no right to petition for reinstatement for 6 months.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Respondent Barbara Ann Nimis is indefinitely suspended from the practice of law, effective from the date of the filing of this order, with no right to petition for reinstatement for 6 months.

2. Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR. Reinstatement is conditioned on successful completion of the professional responsibility portion of the state bar examination and satisfaction of continuing legal education requirements pursuant to Rule 18(e), RLPR.

3. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR.

BY THE COURT:

/s/_____

Alan C. Page
Associate Justice